Leovardo Salceda
PLAINTIFF/PETITIONER/MOVANT'S NAME

J-90933
PRISON NUMBER

Chuckawalla Valley State Prison,
D9-237 Low
PLACE OF CONFINEMENT

P.O. Box 2349
Blythe, CA 92226
ADDRESS





# United States District Court
## Southern District Of California

LEOVARDO SALCEDA,
Plaintiff/Petitioner/Movant

v.

JOHN F. SALAZAR, Warden,
JERRY BROWN,
Attorney General, Defendant/Respondent

Civil No. '08 CV 1037 IEG PCL
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Leovardo Salceda declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration Chuckawalla Valley State Prison
    Are you employed at the institution?         ☒ Yes ☐ No
    Do you receive any payment from the institution?   ☐ Yes ☒ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                             ::ODMA\PCDOCS\WORDPERFECT\22835\1



2. Are you currently employed? ☐ Yes ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____

   _____

   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   In April 1995, I was arrested for the instant offense case no. SCD112436. At that time (1995) I worked for San Diego Roofing Co. I earned $7 an hour. From 1995 to present day 6-6-08 I have been incarcerated.

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.     Not Applicable

   _____

   _____

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____Not Applicable_____
   b. Present balance in account(s): _____Not Applicable_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):  n/A
   b. Present balance in account(s):       n/A

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:              Year:              Model:
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed?  Not Applicable.

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _none,_

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _none,_

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _None,_

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _None,_

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.
   _I am a state prisoner. The prison feeds me and provides close._

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

DATE _6-6-08_                     _Leonardo Saleeda_
                                  SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

### PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant_____,
(NAME OF INMATE)

_____,
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

_____
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ _____,

and the *average monthly deposits* to the applicant's account was $_____.

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

_____          _____
DATE                              SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

                                  _____
                                  OFFICER'S FULL NAME (PRINTED)

                                  _____
                                  OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __Leovardo Salceda J-90933__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☑ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE __6-6-08__   _____/s/ Leovardo Salceda_____
SIGNATURE OF PRISONER

**STATE OF CALIFORNIA**
GA-22 (9/92)

**INMATE REQUEST FOR INTERVIEW**

**DEPARTMENT OF CORRECTIONS**

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 6-6-08 | Mr. Elms, Correctional Counselor I | Salceda, Leovardo | J-90933 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | ASSIGNMENT HOURS |
|---|---|---|---|---|
| D9 | 237 L | CLK%D.205, Education Clerk/Tutor | | FROM 6:30 a.m. TO 1:45 p.m. |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.): AA/NA Meeting, Toastmasters — FROM 6:30 p.m. TO 8 p.m.

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Please approve $5 trust withdrawal for payment in filing habeas petition 28 USC 2254. Additionally, forward to trust account office "Motion To Proceed In Forma Pauperis" for certification. Self-addressed stamped envelopes is provided for mailing. Thank you.

Leovardo Salceda

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY _____ DATE _____

DISPOSITION

STATE OF CALIFORNIA
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date 6-6- 2008

To: Warden

Approved _____

I hereby request that my Trust Account be charged $ 5.00 (Five) for the purpose stated below and authorize the withdrawal of that sum from my account:

J-90933
NUMBER

_Leovardo Salceda_
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PURPOSE To pay Federal District Court the $5.00 filing fee to file petition for Writ of Habeas Corpus and Application for Equitable and Statutory Tolling 28 U.S.C. 2254, 2244. Thank you.

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

NAME U.S. District Court Southern District of California

ADDRESS 880 Front St. # 4290 San Diego, CA 92101

Leovardo Salceda
PRINT YOUR FULL NAME HERE

|   |   |
|---|---|
| STATE OF CALIFORNIA ) | PROOF OF SERVICE BY |
| COUNTY OF RIVERSIDE ) ss | PERSON IN STATE CUSTODY |

I, _Leovardo Salceda_, the undersigned, certify, and do declare that I am over the age of 18 years, incarcerated at <u>Chuckawalla Valley State Prison</u>, located at <u>Blythe, California</u> and <u>a party</u>/ not a party to the attached foregoing cause of action. On _6-6-08_, _____,

I did serve a true copy of:

_Motion and declaration under penalty of perjury in support of motion to proceed IN FORMA PAUPERIS_

[ ] by depositing it in a prison mail box in a sealed envelope, or [✓] by handing it to institutional staff in a sealed envelope, along [✓] with Inmate Trust Account Withdrawal Order Form attached to it requesting that postage be fully prepaid, or [ ] with postage affixed thereto for deposit in The United States Mail pursuant to California Code of Regulations Sections 3142 and 3165;

Addressed to the following:

U.S. District Court
Southern District of California
880 Front St., #4290
San Diego, CA 92101

Attorney General
San Diego Office
110 West "A" St., #1100
P.O. Box 85266
San Diego, CA 92186-5266

Intended place of mailing: U.S. Post Office, at <u>Blythe</u>, California.

I further declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and belief. Executed on _6-6-08_,

_Leovardo Salceda_
PETITIONER/DECLARANT IN PROPER

///