Leovardo Salceda J-90933
CVSP, D9-237 Low
P.O. Box 2349
Blythe, CA 92226

In pro se





UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOVARDO SALCEDA,<br>　　　Petitioner,<br>v.<br>JOHN F. SALAZAR,<br>　　Respondent, Warden,<br>　　　　And<br>JERRY BROWN,<br>Attorney General of California,<br>Additional Respondent. | Civil No. 08 CV 1037 IEG PCL<br><br>REQUEST TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, AND THEREAFTER ISSUE A REPORT & RECOMMENDATION TO THE DISTRICT JUDGE |

　　　Leovardo Salceda (petitioner) respectfully <u>does not</u> consent to the the Honorable Magistrate Judge decide all dispositive matters. Petitioner respectfully requests the assigned Magistrate Judge issue a Report and Recommendation to the Honorable District Judge as to all dispositive matters.

Dated: <u>6-6-08</u>

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*Leovardo Salceda*
　　　　　　　　　　　　　　　　Leovardo Salceda
　　　　　　　　　　　　　　　　In pro se



```
STATE OF CALIFORNIA    )                PROOF OF SERVICE BY
                       ) ss              PERSON IN STATE CUSTODY
COUNTY OF RIVERSIDE    )
```

I, _Leovardo Salceda_, the undersigned, certify, and do declare that I am over the age of 18 years, incarcerated at _Chuckawalla Valley State Prison_, located at _Blythe, California_ and a party/ not a party to the attached foregoing cause of action. On _6-6-08_, _____, I did serve a true copy of:

_Request to proceed before a U.S. Magistrate Judge, and thereafter issue a report & recommendation to the District Judge._

[ ] by depositing it in a prison mail box in a sealed envelope, or [✓] by handing it to institutional staff in a sealed envelope, along [✓] with Inmate Trust Account Withdrawal Order Form attached to it requesting that postage be fully prepaid, or [ ] with postage affixed thereto for deposit in The United States Mail pursuant to California Code of Regulations Sections 3142 and 3165;

Addressed to the following:

_W. Samuel Hamrick, Jr._
_Clerk of Court, U.S. District Court_
_Southern District of California_
_880 Front Street, Room 4290_
_San Diego, CA 92101_

Intended place of mailing: U.S. Post Office, at _Blythe_, California.

I further declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and belief. Executed on _6-6-08_, _____.

_Leovardo Salceda_
PETITIONER/DECLARANT IN PROPER

///