1

2

3

4

5

6

7

8        **UNITED STATES DISTRICT COURT**

9        **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   LEOVARDO SALCEDA,                          Civil No.     08-1037 IEG (PCL)

12                             Petitioner,
                                                  **ORDER DENYING IN FORMA**
13               v.                               **PAUPERIS APPLICATION AND**
                                                  **DISMISSING CASE WITHOUT**
14   JOHN F. SALAZAR, Warden, et al.,             **PREJUDICE**

15                             Respondents.

16

17          Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has

18   filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request

19   to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

20          The request to proceed in forma pauperis is denied because Petitioner has not provided

21   the Court with sufficient information to determine Petitioner's financial status.  A request to

22   proceed in forma pauperis made by a state prisoner must include a certificate from the warden

23   or other appropriate officer showing the amount of money or securities Petitioner has on account

24   in the institution.  Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2.  Petitioner has failed to

25   provide the Court with the required Prison Certificate.[1]

26

27          [1]  The Court notes that Petitioner attached to his in forma pauperis application, a request to
     withdraw $5.00 from his prison trust account. It appears Petitioner signed the request on July 6, 2008.
28   As of the date of this Order, this Court has not received the $5.00 from the correctional facility to which
     Petitioner is confined.

1    Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and

2  **DISMISSES** the case without prejudice.  To have the case reopened, Petitioner must, **<u>no later</u>**

3  **<u>than September 8, 2008</u>**, provide the Court with:  (1)  a copy of this Order together with the

4  $5.00 filing fee; or (2)  a copy of this Order together with adequate proof that Petitioner cannot

5  pay the $5.00 filing fee.  *For Petitioner's convenience, the Clerk of Court shall attach an in*

6  *forma pauperis form to this Order.*

7        **IT IS SO ORDERED.**

8

9  **DATED:  July 28, 2008**

10
_____
   **IRMA E. GONZALEZ, Chief Judge**
11  **United States District Court**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28