FILED

2008 AUG 25 PM 3: 53

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____РМ_____DEPUTY

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 154427    - TC

August 25, 2008
15:53:29

Habeas Corpus
USAO #.: 08-1037
Judge..: IRMA E GONZALEZ
Amount.:          $5.00 OC
Check#.: 196-097621

Total-> $5.00

FROM: HABEUS CORPUS

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOVARDO SALCEDA,<br><br>                 Petitioner,<br><br>v.<br><br>JOHN F. SALAZAR, Warden, et al.,<br><br>                 Respondents. | Civil No.   08-1037 IEG (PCL)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

      Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

      The request to proceed in forma pauperis is denied because Petitioner has not provided the Court with sufficient information to determine Petitioner's financial status. A request to proceed in forma pauperis made by a state prisoner must include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2. Petitioner has failed to provide the Court with the required Prison Certificate.[1]

---

[1] The Court notes that Petitioner attached to his in forma pauperis application, a request to withdraw $5.00 from his prison trust account. It appears Petitioner signed the request on July 6, 2008. As of the date of this Order, this Court has not received the $5.00 from the correctional facility to which Petitioner is confined.

Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice. To have the case reopened, Petitioner must, **no later than September 8, 2008**, provide the Court with: (1) a copy of this Order together with the $5.00 filing fee; or (2) a copy of this Order together with adequate proof that Petitioner cannot pay the $5.00 filing fee. *For Petitioner's convenience, the Clerk of Court shall attach an in forma pauperis form to this Order.*

**IT IS SO ORDERED.**

DATED: July 28, 2008

IRMA E. GONZALEZ, Chief Judge
United States District Court