# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

2008 AUG 26 AM 10: 20

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

TO: ☑ **U. S. DISTRICT JUDGE** / ☐ **U. S. MAGISTRATE JUDGE** ___Gonzalez___

FROM: __R. Mullin,___ Deputy Clerk    RECEIVED DATE: _8/19/2008___

CASE NO.: __08cv1037 IEG (PCL)___    DOCUMENT FILED BY: __Petitioner___

CASE TITLE: __Salceda v. Salazar, et al___

DOCUMENT ENTITLED: __Motion for Extension of Time of 15-days to Pay $5 Filing Fee....___

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| X | 5.1 | **Missing time and date on motion and/or supporting documentation** |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | **Lacking memorandum of points and authorities in support as a separate document** |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: |

**Date forwarded:** __8/20/2008___

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Filing fee Paid 8/25/08

[doc no 6]

Rejected document to be returned to pro se or inmate? ☑ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

Dated: __8/26/08___

cc: All Parties

CHAMBERS OF: __IEG___

By: _____

Leovardo Salceda J-90933
CVSP, D9-237 Low
P.O. Box 2349
Blythe, CA 92226

In pro se



*Original*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOVARDO SALCEDA,<br>     Petitioner,<br><br>  v.<br><br>JOHN F. SALAZAR, Warden,<br>et al., Respondent. | Civil No. 08-1037 IEG (PCL)<br><br>MOTION FOR EXTENTION OF TIME<br>OF 15-DAYS TO PAY $5 FILING<br>FEE OR FILE CERTIFIED IN FORMA<br>PAUPERIS APPLICATION<br>*) Current deadline 9-8-08 |

On 6-6-08, petitioner mailed to this Honorable Court a habeas petition, application for equitable and statutory tolling, and <u>copy</u> of <u>$5 trust withdrawl</u> and <u>un-certified</u> In Forma Pauperis (IFP). In a cover letter to the Clerk of the Court, petitioner explained the $5 check and certified IFP should arrive within a couple of weeks. The petition and related documents were filed on 6-10-08, Civil No. 08-1037 IEG (PCL). On 7-28-08, the Court denied the IFP application, noted the $5 did not arrive, and dismissed the case without prejudice. In order to reopen the case, petitioner needs to pay $5 or file certified IFP before 9-8-08.