

08CV 1037-IEG-(PCL)

FILED

SEP -2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　　　　　　　　DEPUTY

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 154621    - TC

September 02, 2008
16:38:30

Habeas Corpus
USAO #.: 08-1037
Judge..: IRMA E GONZALEZ
Amount.:                $5.00 OC
Check#.: 196-097650

Total-> $5.00

FROM: SALCEDA VS SALAZAR

```
REPORT ID: TS3030 .701                           REPORT DATE: 08/15/08
                                                 PAGE NO:         1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                             CHUCKAWALLA VALLEY PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 15, 2008

ACCOUNT NUMBER : J90933              BED/CELL NUMBER: D90000000000237L
ACCOUNT NAME   : SALCEDA, LEOVARDO   ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION     COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----- ----  --------------  ---------- ---------  ---------  -----------  ---------

02/01/2008   BEGINNING BALANCE                                              231.91

02/05 W440  DONATION-LING  2456CPIZZA                          21.50        210.41
02/11 FC04  DRAW-FAC 4     2525/D-YD                           70.00        140.41
03/10 W810  CANCELLED CHE  2853/93978                          20.00-       160.41
04/03 W536  COPAY CHARGE   3143/M4/02                           5.00        155.41
04/07 FC04  DRAW-FAC 4     3176/D YD                          100.00         55.41
04/22 W512  LEGAL POSTAGE  3397/4-22                            2.16         53.25
04/22 W512  LEGAL POSTAGE  3397/4-22                            1.14         52.11
04/22 W512  LEGAL POSTAGE  3397/4-22                            2.16         49.95
04/22 W512  LEGAL POSTAGE  3396/4-22                            4.60         45.35
04/22 W512  LEGAL POSTAGE  3396/4-22                            2.16         43.19
04/23 W516  LEGAL COPY CH  3406/4-23                            1.60         41.59
05/06 FR01  CANTEEN RETUR  703563                               3.80-        45.39
05/22 W512  LEGAL POSTAGE  3798/05-22                           0.97         44.42
06/05 W536  COPAY CHARGE   3974/D6-05                           5.00         39.42
06/09 FC04  DRAW-FAC 4     4022/D                              10.00         29.42
06/10 W512  LEGAL POSTAGE  4042/6-9                             5.96         23.46
06/26 W415  CASH WITHDRAW  4256/COURT 196097370                 3.00         20.46
07/07 D554  INMATE PAYROL  0072/JUN08             14.67                      35.13
07/11*W415  CASH WITHDRAW  0148/USGOV 196097452                10.00         25.13
07/17 D340  EFT DEPOSIT    0215JLAURA             40.00                      65.13
07/31 W415  CASH WITHDRAW  0372/FEDBK 196097536                36.00         29.13
08/05 D554  INMATE PAYROL  0428/JUL08              3.51                      32.64
08/05 D554  INMATE PAYROL  0426/JUL08             10.49                      43.13
08/11 FC04  DRAW-FAC 4     0513/D-YD                            35.00          8.13
08/13 D340  EFT DEPOSIT    0540JLAURA             10.00                      18.13

                              TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL       TOTAL       CURRENT      HOLDS      TRANSACTIONS
   BALANCE     DEPOSITS   WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED
  ---------    --------   -----------   ---------   ---------   --------------
    231.91       78.67       292.45       18.13       0.00          0.00

                                                   CURRENT
                                                  AVAILABLE
                                                   BALANCE
                                                  ---------
                                                    18.13
```

**INMATE COPY**

```
REPORT ID: TS3030 .701                                REPORT DATE: 08/25/08
                                                      PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CHUCKAWALLA VALLEY PRISON
                      INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: JAN. 01, 2008 THRU AUG. 25, 2008

ACCOUNT NUMBER : J90933                BED/CELL NUMBER: D90000000000237L
ACCOUNT NAME   : SALCEDA, LEOVARDO        ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                             TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----- ----  -----------    -------   ---------  --------   -----------   -------

01/01/2008  BEGINNING BALANCE                                              284.88

01/04 W512 LEGAL POSTAGE  2072/1-3                              0.97       283.91
01/08 FC03 DRAW-FAC 3     2114/C-YD                            50.00       233.91
01/10 W516 LEGAL COPY CH  2162/1/9                              0.80       233.11
01/25 W516 LEGAL COPY CH  2311/1-22                             1.20       231.91
02/05 W440 DONATION-LING  2456CPIZZA                           21.50       210.41
02/11 FC04 DRAW-FAC 4     2525/D-YD                            70.00       140.41
03/10 W810 CANCELLED CHE  2853/93978                           20.00-      160.41
04/03 W536 COPAY CHARGE   3143/M4/02                            5.00       155.41
04/07 FC04 DRAW-FAC 4     3176/D YD                           100.00        55.41
04/22 W512 LEGAL POSTAGE  3397/4-22                             2.16        53.25
04/22 W512 LEGAL POSTAGE  3397/4-22                             1.14        52.11
04/22 W512 LEGAL POSTAGE  3397/4-22                             2.16        49.95
04/22 W512 LEGAL POSTAGE  3396/4-22                             4.60        45.35
04/22 W512 LEGAL POSTAGE  3396/4-22                             2.16        43.19
04/23 W516 LEGAL COPY CH  3406/4-23                             1.60        41.59
05/06 FR01 CANTEEN RETUR  703563                                3.80-       45.39
05/22 W512 LEGAL POSTAGE  3798/05-22                            0.97        44.42
06/05 W536 COPAY CHARGE   3974/D6-05                            5.00        39.42
06/09 FC04 DRAW-FAC 4     4022/D                               10.00        29.42
06/10 W512 LEGAL POSTAGE  4042/6-9                              5.96        23.46
06/26 W415 CASH WITHDRAW  4256/COURT 196097370                  3.00        20.46
07/07 D554 INMATE PAYROL  0072/JUN08            14.67                       35.13
07/11 W415 CASH WITHDRAW  0148/USGOV 196097452                 10.00        25.13
07/17 D340 EFT DEPOSIT    0215JLAURA            40.00                       65.13
07/31 W415 CASH WITHDRAW  0372/FEDBK 196097536                 36.00        29.13
08/05 D554 INMATE PAYROL  0428/JUL08             3.51                       32.64
08/05 D554 INMATE PAYROL  0426/JUL08            10.49                       43.13
08/11 FC04 DRAW-FAC 4     0513/D-YD                            35.00         8.13
08/13 D340 EFT DEPOSIT    0540JLAURA            10.00                       18.13
08/19 W415 CASH WITHDRAW  0625USCOUR 196097621                  5.00        13.13
```



```
REPORT ID: TS3030  .701                           REPORT DATE: 08/25/08
                                                  PAGE NO:        2
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CHUCKAWALLA VALLEY PRISON
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JAN. 01, 2008 THRU AUG. 25, 2008

ACCT: J90933      ACCT NAME: SALCEDA, LEOVARDO         ACCT TYPE: I

                           TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL        TOTAL        CURRENT      HOLDS       TRANSACTIONS
  BALANCE        DEPOSITS     WITHDRAWALS  BALANCE      BALANCE     TO BE POSTED
  ---------      --------     -----------  -------      -------     ------------
    284.88         78.67        350.42       13.13        0.00          0.00
  ---------      --------     -----------  -------      -------     ------------

                                                      CURRENT
                                                     AVAILABLE
                                                      BALANCE
                                                     ---------
                                                        13.13
                                                     ---------
```

```
REPORT ID: TS3030  .701                              REPORT DATE: 08/25/08
                   CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CHUCKAWALLA VALLEY PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

           FOR THE PERIOD: JAN. 01, 2008 THRU AUG. 25, 2008



            TOTAL NUMBER OF STATEMENTS PRINTED:            1

 TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:         13.13
```

```
REPORT ID: TS3030  .701                              REPORT DATE: 08/25/08
                                                     PAGE NO:        1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                             CHUCKAWALLA VALLEY PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: JAN. 01, 2008 THRU AUG. 25, 2008

ACCOUNT NUMBER : J90933            BED/CELL NUMBER: D90000000000237L
ACCOUNT NAME   : SALCEDA, LEOVARDO   ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION     COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----- ----  --------------- ----------   ---------   --------   -----------   -------

01/01/2008   BEGINNING BALANCE                                                 284.88

01/04 W512  LEGAL POSTAGE  2072/1-3                              0.97          283.91
01/08 FC03  DRAW-FAC 3     2114/C-YD                            50.00          233.91
01/10 W516  LEGAL COPY CH  2162/1/9                              0.80          233.11
01/25 W516  LEGAL COPY CH  2311/1-22                             1.20          231.91
02/05 W440  DONATION-LING  2456CPIZZA                           21.50          210.41
02/11 FC04  DRAW-FAC 4     2525/D-YD                            70.00          140.41
03/10 W810  CANCELLED CHE  2853/93978                           20.00-         160.41
04/03 W536  COPAY CHARGE   3143/M4/02                            5.00          155.41
04/07 FC04  DRAW-FAC 4     3176/D YD                           100.00           55.41
04/22 W512  LEGAL POSTAGE  3397/4-22                             2.16           53.25
04/22 W512  LEGAL POSTAGE  3397/4-22                             1.14           52.11
04/22 W512  LEGAL POSTAGE  3397/4-22                             2.16           49.95
04/22 W512  LEGAL POSTAGE  3396/4-22                             4.60           45.35
04/22 W512  LEGAL POSTAGE  3396/4-22                             2.16           43.19
04/23 W516  LEGAL COPY CH  3406/4-23                             1.60           41.59
05/06 FR01  CANTEEN RETUR  703563                                3.80-          45.39
05/22 W512  LEGAL POSTAGE  3798/05-22                            0.97           44.42
06/05 W536  COPAY CHARGE   3974/D6-05                            5.00           39.42
06/09 FC04  DRAW-FAC 4     4022/D                               10.00           29.42
06/10 W512  LEGAL POSTAGE  4042/6-9                               5.96           23.46
06/26 W415  CASH WITHDRAW  4256/COURT 196097370                  3.00           20.46
07/07 D554  INMATE PAYROL  0072/JUN08              14.67                        35.13
07/11*W415  CASH WITHDRAW  0148/USGOV 196097452                 10.00           25.13
07/17 D340  EFT DEPOSIT    0215JLAURA              40.00                        65.13
07/31 W415  CASH WITHDRAW  0372/FEDBK 196097536                 36.00           29.13
08/05 D554  INMATE PAYROL  0428/JUL08               3.51                        32.64
08/05 D554  INMATE PAYROL  0426/JUL08              10.49                        43.13
08/11 FC04  DRAW-FAC 4     0513/D-YD                            35.00            8.13
08/13 D340  EFT DEPOSIT    0540JLAURA              10.00                        18.13
08/19 W415  CASH WITHDRAW  0625USCOUR 196097621                  5.00           13.13
```

**INMATE COPY**

```
REPORT ID: TS3030  .701                              REPORT DATE: 08/25/08
                                                     PAGE NO:        2
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CHUCKAWALLA VALLEY PRISON
                        INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JAN. 01, 2008 THRU AUG. 25, 2008

ACCT: J90933        ACCT NAME: SALCEDA, LEOVARDO        ACCT TYPE: I

                            TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL         TOTAL       CURRENT      HOLDS     TRANSACTIONS
    BALANCE      DEPOSITS    WITHDRAWALS    BALANCE     BALANCE    TO BE POSTED
   ---------    ---------    -----------    -------     -------    ------------
     284.88        78.67        350.42        13.13       0.00         0.00
   ---------    ---------    -----------    -------     -------    ------------

                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE
                                                       ---------
                                                         13.13
                                                       ---------
```

```
REPORT ID: TS3030 .701                                    REPORT DATE: 08/25/08
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CHUCKAWALLA VALLEY PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: JAN. 01, 2008 THRU AUG. 25, 2008


              TOTAL NUMBER OF STATEMENTS PRINTED:          1

    TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:      13.13
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOVARDO SALCEDA,<br><br>                    Petitioner,<br><br>    v.<br><br>JOHN F. SALAZAR, Warden, et al.,<br><br>                    Respondents. | Civil No.   08-1037 IEG (PCL)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

        Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

        The request to proceed in forma pauperis is denied because Petitioner has not provided the Court with sufficient information to determine Petitioner's financial status. A request to proceed in forma pauperis made by a state prisoner must include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2. Petitioner has failed to provide the Court with the required Prison Certificate.[1]

---

[1] The Court notes that Petitioner attached to his in forma pauperis application, a request to withdraw $5.00 from his prison trust account. It appears Petitioner signed the request on July 6, 2008. As of the date of this Order, this Court has not received the $5.00 from the correctional facility to which Petitioner is confined.

Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice. To have the case reopened, Petitioner must, **no later than September 8, 2008**, provide the Court with: (1) a copy of this Order together with the $5.00 filing fee; or (2) a copy of this Order together with adequate proof that Petitioner cannot pay the $5.00 filing fee. *For Petitioner's convenience, the Clerk of Court shall attach an in forma pauperis form to this Order.*

**IT IS SO ORDERED.**

DATED: July 28, 2008

IRMA E. GONZALEZ, Chief Judge
United States District Court