FILED

08 SEP -4 PM 4:04

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 154699      -- TC

September 04, 2008
16:01:42

Habeas Corpus
USAO #.: 08-1037
Judge..: IRMA E GONZALEZ
Amount.:                    $5.00 MO
Check#.: 044-072187

Total--> $5.00

FROM: SALCEDA
      VS
      SALAZAR

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOVARDO SALCEDA,<br><br>                    Petitioner,<br><br>    v.<br><br>JOHN F. SALAZAR, Warden, et al.,<br><br>                    Respondents. | Civil No.   08-1037 IEG (PCL)<br><br>ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE |

Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

The request to proceed in forma pauperis is denied because Petitioner has not provided the Court with sufficient information to determine Petitioner's financial status. A request to proceed in forma pauperis made by a state prisoner must include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2. Petitioner has failed to provide the Court with the required Prison Certificate.[1]

---

[1] The Court notes that Petitioner attached to his in forma pauperis application, a request to withdraw $5.00 from his prison trust account. It appears Petitioner signed the request on July 6, 2008. As of the date of this Order, this Court has not received the $5.00 from the correctional facility to which Petitioner is confined.

1  Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and
2  **DISMISSES** the case without prejudice. To have the case reopened, Petitioner must, **no later**
3  **than September 8, 2008**, provide the Court with: (1) a copy of this Order together with the
4  $5.00 filing fee; or (2) a copy of this Order together with adequate proof that Petitioner cannot
5  pay the $5.00 filing fee. *For Petitioner's convenience, the Clerk of Court shall attach an in*
6  *forma pauperis form to this Order.*

7  **IT IS SO ORDERED.**

9  DATED: July 28, 2008

IRMA E. GONZALEZ, Chief Judge
**United States District Court**